# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE: PLASMA-DERIVATIVE PROTEIN THERAPIES ANTITRUST LITIGATION | Case No. 09 C 7666 |
| THIS DOCUMENT RELATES TO ALL CASES | |

## FREEDMAN BOYD HOLLANDER GOLDBERG IVES & DUNCAN, P.A.'S NOMINATION OF COHEN MILSTEIN SELLERS & TOLL PLLC FOR THE PLAINTIFFS' STEERING COMMITTEE

I am Joseph Goldberg. I am a partner in Freedman Boyd Hollander Goldberg Ives & Duncan, P.A., ("FBH") one of the law firms representing the University of Utah in these consolidated cases. On behalf of FBH, I nominate the law firm of Cohen Milstein Sellers & Toll, PLLC ("CMST") for a position on the Plaintiffs' Steering Committee ("PSC"). CMST has a well-deserved reputation among the plaintiffs class-action bar for thorough, careful, resourceful and fair leadership of complex litigation. CMST's presence on the PSC will be of significant benefit to the effective prosecution of the plaintiffs' claims in this litigation. I and my firm have been involved in many complex litigations, including antitrust and class actions, for approximately 25 years. During that time, I have worked on a number of cases in which CMST has had leadership positions. In particular, I have worked closely with CMST partner Rich Koffman and CMST associate Chris Cormier in a number of cases, including the *Urethanes Antitrust Litigation* in the District of Kansas and the *Polyester Staple Antitrust Litigation* in the Western District of North Carolina.

There are a number of characteristics of CMST that make the firm superbly qualified for a position on the PSC. First, CMST is a relatively large firm for the plaintiffs' bar. It therefore can bring significant resources in personnel, experience and financial backing to large and complex litigation. I will point out two of many examples. In this case, CMST devoted enormous time and other resources to a very significant, thorough and fruitful pre-filing investigation into the circumstances that gave rise to this litigation. In many of these types of complex cases, there are many plaintiffs firms appearing. There are very few firms, however, that engage in the dedicated investigation necessary to uncover the facts to put together these complex cases. CMST is one of those few and did so in this case.

A second example of the necessary resources that CMST brings to litigation like this comes from the *Urethanes* litigation pending in Kansas. That case, like many of these cases, involves millions of pages of documents produced in discovery or gathered in investigation. CMST (one of the lead counsel in that case) helped orchestrate the implementation of cutting-edge technology employed in the organization, review and coding of the documents in that case. As a result, plaintiffs' counsel in that case have unprecedented, easy access to the information in the enormously voluminous mass of documents for depositions, motion practice and trial preparation.

A second characteristic of CMST is the uniformly high-quality of its lawyers, paraprofessionals and staff. I have worked with many lawyers in the firm in many cases and I have seen only high-quality work from that firm. That quality is especially evident in Mr. Koffman and Mr. Cormier. I was present when Mr. Koffman presented an important motion to dismiss argument in the *Urethanes* case. He handled himself and the difficult case law with an unusual maturity, poise and clarity. He was wholly successful in circumstances that could easily

have gone otherwise. I have worked closely with Mr. Cormier in the preparation of depositions and class certification arguments. Mr. Cormier was unfailingly the person a senior lawyer can turn to in order to find the necessary fact or the right case.

Another important characteristic about CMST is the fairness it brings to its leadership positions. Collaboration among firms in this type of litigation is often difficult. My experience is that uniformly, CMST brings a transparency and fairness to its leadership positions, which builds confidence and cohesiveness.

Finally, I want to bring the Court's attention to CMST's persistent *pro bono* and human rights work. Not all firms recognize or fulfill their obligations in this area, but CMST does. Some of it is difficult, unpopular and unheralded work. For example, I know that very quietly, CMST has assisted in the representation of six foreign nationals imprisoned in the naval base at Guantanamo. Since my firm is representing a different prisoner at Guantanamo, I know the importance of this work both to the prisoners and to the administration of justice, and I also know the enormous sacrifices the lawyers who do this important work make.

I have no doubt that CMST will bring unusual resources, necessary skill and ability, openness and fairness to a position on the PSC. I hope the Court appoints CMST to that position.

Dated: February 8, 2010    Respectfully submitted,

FREEDMAN BOYD HOLLANDER GOLDBERG IVES
& DUNCAN, P.A.

_____
Joseph Goldberg
20 First Plaza, Suite 700
Albuquerque, NM 87102
Tel: (505) 842-9960
Fax: (505) 842-0761
E-mail: jg@fbdlaw.com

3

## CERTIFICATE OF SERVICE

I, Joseph Goldberg, certify that on the 9th day of February, 2010, I filed the foregoing electronically through the CM/ECF system, which caused all counsel of record to be served by electronic means, as more fully reflected on the Notice of Electronic Filing.

/s/ _____
Joseph Goldberg