UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: PLASMA-DERIVATIVE PROTEIN THERAPIES ANTITRUST LITIGATION | Case No. 09 C 7666<br><br>MDL No. 2109<br><br>Honorable Joan B. Gottschall |
| THIS DOCUMENT RELATES TO ALL CASES | |

APPLICATION OF SPECTOR ROSEMAN KODROFF & WILLIS, P.C. FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

Pursuant to this Court's Order dated January 13, 2010 (Dkt. No. 12) (the "Order"), Spector Roseman Kodroff & Willis, P.C. ("SRKW") supports the joint application of the Freed Kanner, Heins Mills, and Wolf Haldenstein firms for appointment to the Plaintiffs' Steering Committee ("PSC"). In the event that the Court considers naming a fourth member to the PSC, SRKW hereby submits its application for such appointment.[1]

A. **SRKW's Substantial Experience Litigating Complex Antitrust Cases**

SRKW is a highly regarded and successful law firm with a nationwide practice that focuses on class actions and complex litigation, including antitrust.[2] SRKW attorneys have served as lead or co-lead counsel in several major antitrust class actions. Most recently, SRKW was appointed as sole lead and liaison counsel in *In re Blood Reagents Antitrust Litig.*, MDL No. 2081 (E.D. Pa.), a case which also involves the blood products industry; and was appointed to the plaintiffs' steering committee in *In re Online DVD Rental Antitrust Litig.*, MDL No. 2029 (N.D. Ca.). Other antitrust class actions in which SRKW served as lead or co-lead counsel include *In re OSB Antitrust Litig.*, Master File No. 06-CV-0826 (E.D. Pa.); *McDonough v. Toys "R" Us, Inc. et al.*, C.A. No. 06-0242 (E.D. Pa.); *In re Flat Glass Antitrust Litig.*, MDL No. 1200 (W.D. Pa.); *In re Linerboard Antitrust Litig.*, MDL No. 1261 (E.D. Pa.); *In re Relafen Antitrust Litig.*, C.A. 01-12239 (D. Mass.); *In re TriCor Antitrust Litig.*, C.A. No. 05-360 (D. Del.); *In re Mercedes-Benz Antitrust Litig.*, Master File No. 99-4311 (D. N.J.); and *Stop & Shop Supermarket Co. v. SmithKline Beecham Cop.*, C.A. No. 03-4578 (E.D. Pa.).[3]

---

[1] SRKW filed a complaint on behalf of Detroit Medical Center in the Eastern District of Pennsylvania on September 16, 2009 (transferred to this Court on January 14, 2010, Civil Action No. 10-00118).

[2] For more information on SRKW and its attorneys, *see* http://www.srkw-law.com/.

[3] SRKW's experience has also included significant responsibility for the conduct of discovery. For example, SRKW served as a Co-Chair of Discovery in *In re Vitamins Antitrust Litig.*, MDL No. 1285 (D. D.C.), and presently holds the same position in *In re Aftermarket Filters Antitrust Litig.*, MDL No. 1957 (N.D. Ill.). Such experience will be especially valuable to the PSC here, given its focus on discovery-related matters.

1

As Judge Paul Diamond recently noted in the *OSB* case: "Class Counsel have represented their clients with consummate skill and efficiency, bringing this massive matter to conclusion in less than three years. Lead Class Counsel – Jeffrey Corrigan and the other lawyers from Spector Roseman Kodroff & Willis, P.C. – performed brilliantly in this exceptionally difficult case." *OSB*, Master File No. 06-00826, slip op. at 5 (E.D. Pa. Dec. 9, 2008). Other courts have similarly recognized SRKW. *See Mercedes-Benz*, 213 F.R.D at 185 ("[p]laintiffs' counsel's conduct of this case to date has led to a sophisticated and professional exposition of the issues to the Court."); and *Stop & Shop*, 2005 WL 1213926, at *10 (E.D. Pa. May 19, 2005) ("[h]ere, Plaintiffs' counsel are highly experienced in complex antitrust class action litigation …. They have obtained a significant settlement for the Class despite the complexity and difficulties of this case.").

        **B.**    **SRKW's Strong Track Record of Cooperation and Coordination with Other Firms**

The PSC will be responsible for discovery and other critical aspects of the litigation on behalf of the Plaintiffs. In performing these duties, SRKW, as it has before, will work cooperatively with all other PSC members, all other Plaintiffs' counsel involved in this case, and Defendants' counsel.[4]

For example, in the *OSB* antitrust case, SRKW developed and led an efficient organization of over 30 experienced and capable plaintiffs' firms against nine defendants, which were represented by some of the top defense firms in the country. SRKW directed the effort to review millions of documents produced in discovery, take more than 70 depositions, fully brief

---

[4] Though SRKW does not question the qualifications of any of the other firms representing plaintiffs in this matter, SRKW is obligated to inform the Court that three such firms, Cohen Milstein Sellers & Toll PLLC, Gustafson Gluek, PLLC, and Hausfeld LLP, are currently involved in litigation against named plaintiff Detroit Medical Center and other similarly situated hospitals, and therefore have conflicts which should prevent them from being named to the PSC in this matter.

2

summary judgment and *Daubert* motions and fully prepare the case for trial, all in a little more than two years. The exceptional results obtained for the class, $120 million in settlements, are the latest testament to how SRKW builds and leads an efficient and successful organization when acting as lead counsel. SRKW is following a similar approach in the *Blood Reagents* litigation, already coordinating the efforts of more than 70 experienced firms to efficiently prosecute the case. If appointed to the PSC in this case, SRKW would utilize a similar approach.

C.     **SRKW's Commitment to the Case**

SRKW has the resources, commitment, and ability to serve on the PSC. SRKW's commitment is evidenced by the SRKW attorneys who will participate in representing Plaintiffs in this case. Eugene Spector, senior partner at SRKW, Jeffrey J. Corrigan, William G. Caldes, and Jay S. Cohen each have extensive experience in complex antitrust litigation, such as *Linerboard*, *Flat Glass*, *Mercedes-Benz* and *OSB*. None of these SRKW lawyers has been subjected to disciplinary proceedings, suspended from the practice of law, or ever had a grievance filed against him. Each is willing and able to dedicate the time necessary to efficiently conduct and coordinate the prosecution of this case.

## CONCLUSION

In sum, SRKW is qualified to serve as a member of the PSC, is committed to the efficient prosecution of this case, and has extensive experience working cooperatively and productively with others in the management of complex antitrust class actions. Therefore, SRKW respectfully requests that this Court appoint it to the Plaintiffs' Steering Committee.

Date:   February 9, 2010

Respectfully,

/s/ Eugene A. Spector
Eugene A. Spector
Jeffrey L. Kodroff
Jeffrey J. Corrigan
William G. Caldes
Jay S. Cohen
Jeffrey L. Spector
**SPECTOR ROSEMAN KODROFF & WILLIS, P.C.**
1818 Market Street, Suite 2500
Philadelphia, PA 19103
Tel.: (215) 496-0300
Fax: (215) 496-6611
espector@srkw-law.com
jkodroff@srkw-law.com
jcorrigan@srkw-law.com
bcaldes@srkw-law.com
jcohen@srkw-law.com
jspector@srkw-law.com