# UNITED STATES DISTRICT COURT FOR THE
# NORTHER DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| IN RE PLASMA-DERIVATIVE PROTEIN THERAPIES ANTITRUST LITIGATION | Case No. 09 C 7666 |
| | MDL No. 2109 |
| | Honorable Joan B. Gottschall |
| THIS DOCUMENT RELATES TO:<br>Solaris Health Systems v. Baxter International, Inc. No. 09-cv-3342 (E.D.Pa.) | |

## NOMINATION OF PLAINTIFFS' LIAISON COUNSEL

Pursuant to paragraph 10 of this Court's January 13, 2009 Order, the undersigned counsel for plaintiff, Solaris Health Systems, Inc., hereby nominate Marvin A. Miller, Esquire of Miller Law LLC, 115 South LaSalle Street, Suite 2910, Chicago, IL 60603 to serve as Liaison Counsel for all plaintiffs, and agree to share equally in the expenses incurred by Mr. Miller and his law firm in performing such services in this case.

Date: February 9, 2010

Respectively submitted,

/s/ Robert G Hughes
Robert G. Hughes, Esquire*
Donald E. Haviland, Jr., Esquire
Michael P. Donohue, Esquire*
Michael J. Lorusso, Esquire
**HAVILAND HUGHES, LLC**
111 S. Independence Mall East,
The Bourse, Suite 1000
Philadelphia, Pennsylvania 19106
Telephone: 215-609-4661
Facsimile: 215-392-4400
Hughes@havilandhughes.com
Haviland@havilandhughes.com
Donohue@havilandhughes.com
Lorusso@havilandhughes.com

Barry R. Eichen, Esquire
William O. Crutchlow, Esquire
Christian R. Mastondrea, Esquire
**EICHEN CRUTCHLOW & MCELROY**
40 Ethel Road
Edison, New Jersey 08817
Telephone: 732-777-0100
Facsimile:  732-248-8273
Beichen@eichenlevinson.com
Wcrutchlow@eichenlevinson.com
Cmastondrea@eichenlevinson.com
(*pro hac vice application pending)

Counsel for Solaris Health Systems, Inc.
and the Class

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

I, Robert G. Hughes, Esquire, one of the attorneys for the plaintiff, Solaris Health Systems, Inc., hereby certify that on February 9, 2010 service of the foregoing *Nomination of Plaintiffs' Liaison Counsel* was accomplished pursuant to ECF as to Filing Users and I shall comply with LR 5.5 as to any party who is not a Filing User or represented by a Filing User.

/s/ Robert G. Hughes
Robert G. Hughes, Esq.