

MAR 12 2002

99

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

RECEIVED
WILLIAM T. WALSH, CLERK

2002 MAR -4 A 11: 31

IN RE K-DUR 20 ANTITRUST LITIGATION

ENTERED
ON
THE DOCKET

CIVIL ACTION NO. UNITED STATES
(Hon. Joseph A. Greenaway, Jr.) DISTRICT COURT

This Document Relates to:
ALL ACTIONS

FILED 3-7-02

01-1652

WILLIAM T. WALSH, CLERK
By_____
(Deputy Clerk)

**ORDER**

AND NOW, this __1st__ day of __March__, 2002, upon consideration of the following:

1. Joint Motion For Reconsideration and Amendment of the Case Management Order filed by Plaintiffs Walgreen Co., Eckerd Corporation, Albertson's, Inc., The Kroger Co., Safeway, Inc., and Hy-Vee, Inc. (Plaintiffs in the *Walgreen* action), and Plaintiffs CVS Meridian, Inc. and Rite Aid Corporation (Plaintiffs in the *CVS Meridian* action), and

2. Plaintiff Commonwealth of Pennsylvania's Motion To Clarify and/or Amend the Case Management Order,

**IT IS HEREBY ORDERED**, as follows:

1. That the Motions are granted,

2. That the Case Management Order entered in the above-captioned case on December 12, 2001 is hereby amended as follows:

   a. Paragraph 10(C) shall be amended as follows:

      Douglas Patton, Esquire, of Dewsnup, King & Olsen shall be "Coordinating Counsel for the Non-Class Pharmacy Purchasers."

  b.  Paragraph 10(D) shall be inserted as follows:

    D)  For the Non-Class Governmental Purchasers:

      1)  Donald E. Haviland, Jr., Esquire, of Kline & Specter, P.C. shall be "Coordinating Counsel for the Non-Class Governmental Purchasers."

3.  That the Clerk shall include a copy of this Order in the file of any subsequently transferred action and serve a copy of this Order along with the Case Management Order entered on December 13, 2001 as set forth in Paragraphs 6 (b) and (c) thereof.

~~JOSEPH A. GREENAWAY, JR.~~
~~UNITED STATES DISTRICT JUDGE~~

U S MAGISTRATE JUDGE

2