IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | |
|---|---|
| Commonwealth of Pennsylvania by Gerald J. Pappert, in his capacity as Attorney General of the Commonwealth of Pennsylvania,<br>     Plaintiff<br><br>    v.<br><br>TAP Pharmaceutical Products, Inc.; Abbott Laboratories; Takeda Chemical Industries, LTD.; AstraZenca PLC; Zeneca, Inc.; AstraZeneca Pharmaceuticals LP; AstraZeneca LP; Bayer AG; Bayer Corporation; GlaxoSmithKline, P.L.C.; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; Pfizer, Inc.; Pharmacia Corporation; Johnson & Johnson; Amgen, Inc.; Bristol-Myers Squibb Company; Baxter International Inc.; Aventis Pharmaceuticals, Inc.; Boehringer Ingelheim Corporation; Schering-Plough Corporation; Dey, Inc.,<br>     Defendants | No. 212 M.D. 2004 |

## ORDER

AND NOW, this 23rd day of December, 2009, upon consideration of the motion of Plaintiff, the Commonwealth of Pennsylvania, to discontinue this action with prejudice as to defendants Amgen, Inc., Immunex Corporation, Baxter Healthcare Corporation, Baxter International Inc., Boehringer Ingelheim Roxanne, Inc., Boehringer Ingelheim Corporation, Boehringer Ingelheim Pharmaceuticals Inc., Ben Venue Laboratories, Inc., and Roxanne Laboratories, Inc., said motion is

hereby GRANTED, and this action is DISCONTINUED as to these named Defendants.

_____
**BONNIE BRIGANCE LEADBETTER,**
President Judge

Certified from the Record

DEC 2 4 2009

and Order Exit