# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

GRANT & EISENHOFER P.A.
Jay W. Eisenhofer (JWE 5503)
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Fax: (302) 622-7100
*Co-Lead Counsel for Lead Plaintiffs*

KEEFE BARTELS
John E. Keefe, Jr.
830 Broad Street
Shrewsbury, NJ 07702
Telephone: (732) 224-9400
Fax: (732) 224-9494
*Co-Lead Counsel and Liaison Counsel
for Lead Plaintiffs*

[Additional Counsel Listed On
Signature Page]

| | |
|---|---|
| In re SCHERING-PLOUGH CORP.<br>Intron/Temodar Consumer Class Action | Master File No.<br>06-5774 (SRC) (CCC) |

## STIPULATION AND [PROPOSED] CASE MANAGEMENT ORDER

1. This Case Management Order supplements the Order of this Court dated February 21, 2007 (the "Order") appointing lead counsel in these consolidated consumer class actions and in any other case consolidated or coordinated with this class action (collectively, the "Action").

2. The responsibility for the prosecution of Action shall be that of Grant & Eisenhofer and Keefe Bartels, the law firms appointed as co-lead counsel for the plaintiffs ("Co-

Lead Counsel") as per the Order, and a Plaintiffs' Executive Committee ("PEC") consisting of The Haviland Law Firm, LLC, which shall represent the interests of individual consumers in the Action, and Wallace, Jordan, Ratliff & Brandt, LLC, which shall represent the interests of health insurance companies in the Action, consistent with this order.

3. Co-Lead Counsel are principally responsible for overseeing and conducting the discovery on behalf of all plaintiffs and putative class members in the Action (collectively referred to as the "Plaintiffs"). Neither the PEC nor counsel for any plaintiff in the Action shall perform or cause to be performed work duplicative of that performed by Co-Lead Counsel, whether involving discovery or otherwise.

4. All discovery in the Action, including but not limited to document requests, interrogatories, depositions, requests to admit and any and all motions directed thereto shall be propounded by Co-Lead Counsel in cooperation with and in consultation with the PEC, except as provided below.

5. Co-Lead Counsel shall consult with the PEC on proposed document requests, interrogatories, requests for admissions and depositions. .

6. The PEC or any counsel for any named plaintiff in the Action may serve discovery requests, including document requests, third-party subpoenas, interrogatories and requests to admit, only to the extent that they are non-duplicative of the discovery requests made by Co-Lead Counsel and only after providing Co-Lead Counsel with notice and copies of any such requests no fewer than 14 days prior to any service of such requests and: (i) Co-Lead Counsel informs the PEC or counsel for any named plaintiff in the Action within a reasonable time that they do not intend to take that discovery; or (ii) by 90 days prior to the

close of discovery, Co-Lead Counsel has not made such a discovery request.

7. The PEC or counsel for any named plaintiff in the Action, at their own expense, shall be entitled to make a copy of any or all discovery produced in the Action. Co-Lead Counsel, at their own expense, shall similarly be entitled to make a copy of any or all discovery produced to any member of the PEC or counsel for any named plaintiff in the Action.

8. The PEC or counsel for any named plaintiff in the Action may notice witness or party depositions only to the extent they identify a prospective witness to Co-Lead Counsel no fewer than 14 days prior to any service of a notice scheduling such deposition, and: (i) Co-Lead Counsel informs the PEC or counsel for any named plaintiff in the Action, within a reasonable amount of time, that they do not intend to take that depositions; or (ii) by 90 days prior to the close of discovery, Co-Lead Counsel has not noticed that deposition.

9. Co-Lead Counsel shall be responsible for the questioning of witnesses at depositions and shall proceed in cooperation with the PEC or counsel for any named plaintiff in the Action, who shall have the right to pose only non-duplicative questions to the witnesses following questioning by Co-Lead Counsel. Nothing herein shall be construed as affecting any time allotted to the PEC or any named plaintiff in the Action to depose witnesses, as set forth in the Federal Rules of Civil Procedure, or by order of this court.

10. The PEC or counsel for any named plaintiff in the Action may seek the court's intervention if they believe, after conferring with Co-Lead Counsel, that specified additional discovery is necessary to protect interests unique to the PEC or any named plaintiff in the Action.

11. The PEC shall participate in any settlement discussions that may

3

result in the settlement of the claims brought on behalf of the groups represented by the PEC. Likewise, Co-Lead Counsel shall participate in any settlement discussions that may result in the settlement of the Class as a whole or the groups represented by Co-Lead Counsel.

**KEEFE BARTELS**

By: _____
John E. Keefe, Jr.
830 Broad Street
Shrewsbury, NJ 07702
Tel: (732) 224-9400
Fax: (732) 224-9494
*Co-Lead Counsel and Liaison
Counsel for Lead Plaintiffs*

**THE HAVILAND LAW FIRM**

By: _____
Donald E. Haviland, Jr.
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

**GRANT & EISENHOFER P.A.**

By: _____
Sidney S. Liebesman
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Co-Lead Counsel for Plaintiffs*

**WALLACE, JORDAN, RATLIFF & BRANDT, LLC**

By: _____
Kimberly R. West
P.O. Box 530910
Birmingham, AL 35253
Tel: (205) 874-0352
Fax: (205) 871-7534

result in the settlement of the claims brought on behalf of the groups represented by the PEC. Likewise, Co-Lead Counsel shall participate in any settlement discussions that may result in the settlement of the Class as a whole or the groups represented by Co-Lead Counsel.

***KEEFE BARTELS***

By: _____
John E. Keefe, Jr.
830 Broad Street
Shrewsbury, NJ 07702
Tel: (732) 224-9400
Fax: (732) 224-9494
*Co-Lead Counsel and Liaison Counsel for Lead Plaintiffs*

***THE HAVILAND LAW FIRM***

By: _____
Donald E. Haviland, Jr.
112 Haddontowne Court
Suite 202
Cherry Hill, NJ 08034
Telephone: (856) 354-0030

***GRANT & EISENHOFER P.A.***

By: _____
Sidney S. Liebesman
Chase Manhattan Centre
1201 N. Market Street
Wilmington, DE 19801
Tel: (302) 622-7000
Fax: (302) 622-7100
*Co-Lead Counsel for Plaintiffs*

***WALLACE, JORDAN, RATLIFF & BRANDT, LLC***

By: _____
Kimberly R. West
P.O. Box 530910
Birmingham, AL 35253
Tel: (205) 874-0352
Fax: (205) 871-7534

|  |  |
|---|---|
| **BAXLEY, DILLARD, DAUPHIN, McKNIGHT & BARCLIFT** | **NEWSOME LAW FIRM** |
| By: *[signature]* Chuck Dauphin<br>2008 Third Avenue South<br>Birmingham, AL 35233<br>Tel.: (205) 271-1100<br>Fax: (205) 271-1108 | By: _____<br>Richard Newsome, Esquire<br>20 North Orange Avenue<br>Suite 800<br>Orlando, Florida 32801<br>Tel: (407) 648-5977<br>Fax: (407) 648-5282 |
| **FISETTE & RANTA** | **JENNINGS, HAUG & CUNNIGHAM, LLP** |
| By: _____<br>Ronald J. Ranta, Esquire<br>222 Rosewood Drive, 10th Floor<br>Danvers, MA 01923<br>Tel: (978) 750-8701<br>Fax: (978) 750-8702<br><br>Susan H. McNeil<br>101 Amesbury Street<br>Suite 104<br>Lawrence, MA 01840<br>Tel: (978) 975-1661<br>Fax: (978) 975-5665 | By: _____<br>Larry J. Crown, Esquire<br>Jorge Franco, Jr., Esquire<br>2800 North Central Avenue<br>Suite 1800<br>Phoenix, AZ 85004<br>Tel: (602) 234-7800<br>Fax: (602) 277-5595 |

*BAXLEY, DILLARD,*
*DAUPHIN, McKNIGHT &*
*BARCLIFT*

By: _____
Chuck Dauphin
2008 Third Avenue South
Birmingham, AL 35233
Tel.: (205) 271-1100
Fax: (205) 271-1108

*NEWSOME LAW FIRM*

By: /s/ Richard Newsome
Richard Newsome, Esquire
20 North Orange Avenue
Suite 800
Orlando, Florida 32801
Tel: (407) 648-5977
Fax: (407) 648-5282

*FISETTE & RANTA*

By: _____
Ronald J. Ranta, Esquire
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
Tel: (978) 750-8701
Fax: (978) 750-8702

Susan H. McNeil
101 Amesbury Street
Suite 104
Lawrence, MA 01840
Tel: (978) 975-1661
Fax: (978) 975-5665

*JENNINGS, HAUG &*
*CUNNIGHAM, LLP*

By: _____
Larry J. Crown, Esquire
Jorge Franco, Jr., Esquire
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004
Tel: (602) 234-7800
Fax: (602) 277-5595

5

**BAXLEY, DILLARD, DAUPHIN, McKNIGHT & BARCLIFT**

By: _____
Chuck Dauphin
2008 Third Avenue South
Birmingham, AL 35233
Tel.: (205) 271-1100
Fax: (205) 271-1108

**NEWSOME LAW FIRM**

By: _____
Richard Newsome, Esquire
20 North Orange Avenue
Suite 800
Orlando, Florida 32801
Tel: (407) 648-5977
Fax: (407) 648-5282

**FISETTE & RANTA**

By: _____
Ronald J. Ranta, Esquire
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
Tel: (978) 750-8701
Fax: (978) 750-8702

Susan H. McNeil
101 Amesbury Street
Suite 104
Lawrence, MA 01840
Tel: (978) 975-1661
Fax: (978) 975-5665

**JENNINGS, HAUG & CUNNIGHAM, LLP**

By: _____
Larry J. Crown, Esquire
Jorge Franco, Jr., Esquire
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004
Tel: (602) 234-7800
Fax: (602) 277-5595

**BAXLEY, DILLARD, DAUPHIN, McKNIGHT & BARCLIFT**

By: _____
Chuck Dauphin
2008 Third Avenue South
Birmingham, AL 35233
Tel.: (205) 271-1100
Fax: (205) 271-1108

**NEWSOME LAW FIRM**

By: _____
Richard Newsome, Esquire
20 North Orange Avenue
Suite 800
Orlando, Florida 32801
Tel: (407) 648-5977
Fax: (407) 648-5282

**FISETTE & RANTA**

By: _____
Ronald J. Ranta, Esquire
222 Rosewood Drive, 10th Floor
Danvers, MA 01923
Tel: (978) 750-8701
Fax: (978) 750-8702

Susan H. McNeil
101 Amesbury Street
Suite 104
Lawrence, MA 01840
Tel: (978) 975-1661
Fax: (978) 975-5665

**JENNINGS, HAUG & CUNNIGHAM, LLP**

By: _____
Larry J. Crown, Esquire
Jorge Franco, Jr., Esquire
2800 North Central Avenue
Suite 1800
Phoenix, AZ 85004
Tel: (602) 234-7800
Fax: (602) 277-5595

5

SO ORDERED THIS 22 DAY OF October, 2007.

_____
Honorable Claire C. Cecchi, U.S.M.J.

6