UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: PLASMA-DERIVATIVE PROTEIN | ) Case No. 09 C 7666 |
| THERAPIES ANTITRUST LITIGATION | ) MDL No. 2109 |
| | ) |
| | ) Judge Joan B. Gottschall |
| This Document Relates to All Cases | ) |

**KIRBY McINERNEY LLP'S APPLICATION FOR APPOINTMENT TO PLAINTIFFS'
STEERING COMMITTEE**

Plaintiffs MAK Medical, LLC, Barnes Drug Stores of Valdosta, Inc. and Barnes Health Care Services of Florida LLC[1], by and through their counsel, Kirby McInerney LLP ("Kirby McInerney"), hereby submit this memorandum of law in support of their motion to appoint Kirby McInerney to the Plaintiffs' Steering Committee in the above captioned matter.

**1.      Kirby McInerney's Appointment Is Necessary to Ensure Adequate Representation of the Largest Number of Non-Hospital Direct Purchasers**

Approximately 30% of plasma-derivative protein therapies are purchased by entities other than hospitals.  *See St. Luke's Methodist Hosp. v. CSL et al.*, Case No. 1:09-cv-06009, filed on September 9, 2009, Cmplt. ¶ 49 [Dkt. No. 1]. Kirby McInerney is the only firm involved in this litigation that represents entities other than hospitals. Kirby McInerney's clients MAK Medical, LLC, Barnes Drug Stores of Valdosta, Inc. and Barnes Health Care Services of Florida LLC, are home infusion providers or specialty pharmacies which purchase IGIV or albumin directly from the defendants. They service a segment of the plasma-derivative protein therapy market that none of the other proposed class representatives do.[2]  All other counsel in this action represent acute care hospitals.

Kirby McInerney should be included on the Plaintiffs' Steering Committee to ensure adequate representation for this considerable segment of the market.  Non-hospital purchasers should have a proportional share of the leadership of this case commensurate with their undisputed portion of purchases. *See, generally State of W. Va. v. Chas. Pfizer & Co.*, 314 F. Supp. 710 (S.D.N.Y. 1970) (in the antibiotic antitrust actions, the court authorized separate committees of class plaintiffs' counsel for governmental, drug wholesalers and retailers, and

---

[1] *MAK Med., LLC v. CSL LIMITED et al.*, Case No. 1:09-cv-08012, filed on December 28, 2009 [Dkt. No. 1] and *Barnes Drug Stores of Valdosta, Inc. and Barnes Health Care Services of Fl. LLC v. CSL LIMITED, et al.*, Case No. 1:10-cv-00825, filed on February 8, 2010 [Dkt. No. 1].

[2] To date there are 14 cases on file; 12 of these cases were commenced by hospitals.

hospitals and Blue Cross plans respectively, to facilitate management of the litigation and negotiate settlement proposals with the defendants).

## 2. Kirby McInerney Has Represented Clients in a Wide Variety of Antitrust Matters

Kirby McInerney has more than 60 years of litigation and trial experience, prosecuting as lead counsel numerous complex antitrust, securities and consumer fraud class action cases. *See* Kirby McInerney Firm Biography (attached hereto as Exhibit A). Kirby McInerney has demonstrated that it has the ability to devote the time and resources of attorneys and staff to ensure the vigorous prosecution of this case.

Kirby McInerney has represented public and private healthcare entities in antitrust, fraud and deceptive trade practice cases including: *In re Pharma. Indus. Average Wholesale Price Litig.*, MDL No. 1456, *The City of New York, et. al. v. Abbott Lab., et al*., Case No. 01-12257-PBS (D. Mass) (sole counsel for the State of Iowa, City of New York, and over 40 New York counties, pending); (plaintiffs' motion for partial summary judgment against 13 generic manufacturers granted January 27, 2010); and *Saint Francis Med. Ctr. v. C.R. Bard, Inc*., Case No. 1:07CV00031 (E.D. Mo.) (lead counsel of certified direct purchaser class in monopolization case).

Additional examples of the firm's antitrust experience include: *In re Florida Cement and Concrete Antitrust Litig.*, Case No. 09-23493 (S.D. Fl.) (co-lead counsel on behalf of indirect purchasers alleging price-fixing conspiracy); *In re Reformulated Gasoline (RFG) Antitrust & Patent Litig.*, MDL Case No. 05-cv-1671 (CAS) (C.D. Cal.) (co-lead counsel; $48 million settlement); *Coordination Proceeding Special Title  (Rule 1550(b)) Intel x86 Microprocessors Cases*, Case No. 1-05-cv-045077 (Cal. Super. Ct. Santa Clara Co.) (co-lead counsel on behalf of microprocessor purchasers); *Gordon v. Microsoft*, Case No. 00-5994 (Minn. Dist. Ct., Henn.

2

Co.) (co-lead counsel, $175 million settlement in 2004 following trial); *In re Florida Microsoft Antitrust Litig.*, Case No. 99-27340 CA 11 (Fla. Cir. Ct. Miami/Dade Co.) (co-lead counsel, $205 million settlement in 2003); *Cox v. Microsoft*, Case No. 105193/00 (N.Y. Sup. Ct. N.Y. Co.) (co-lead counsel, $350 million settlement in 2006); *Sherwood v. Microsoft*, Case No. 99C-3562 (Tenn. Cir. Ct. Davidson Co.) ($64 million settlement); *Gordon v. Microsoft*, Case No. 00c-297 (W. Va. Cir. Ct. Boone Co.) ($21 million settlement).

3. **Kirby McInerney Will Work Collaboratively and Will Provide the Resources Necessary to Represent the Class' Interest**

Kirby McInerney has demonstrated a willingness and ability to work cooperatively with a variety of firms, and the resources to achieve favorable outcomes for its clients in the area of complex antitrust litigation.  In this matter, it has already taken steps to advance the litigation on behalf of the proposed class by investigating the alleged claims, interviewing and consulting with numerous healthcare providers and physicians on their use of plasma-derivative protein therapies and the effect of the alleged price increases on the administration of the subject products within their facilities and their patients.

Kirby McInerney also has worked to achieve consensus on the selection of Marvin Miller, Esq. of Miller Law LLC as liaison counsel for plaintiffs. In short, plaintiffs' counsel has worked collaboratively with other plaintiffs' firms to prosecute the putative class members' claims efficiently and expeditiously.

Dated:   February 9, 2010                                 Respectfully submitted,


                                                          /s/ Kenneth G. Walsh
                                                          Daniel Hume
                                                          David Kovel
                                                          Kenneth G. Walsh
                                                          KIRBY McINERNEY LLP
                                                          825 Third Avenue, 16th Floor
                                                          New York, New York 10022
                                                          Telephone: (212) 317-2300
                                                          Facsimile: (212) 751-2540