# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Joan B. Gottschall | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 09 C 7666 | **DATE** | 2/17/2010 |
| **CASE TITLE** | In Re: Plasma-Derivative Protein Therapies Antitrust Litigation | | |

**DOCKET ENTRY TEXT**

    Initial status conference held. Cohen, Milstein, Sellers & Toll PLLC is appointed to lead Plaintiffs in their efforts to come to an agreement with Defendants on a document preservation order to be filed with the court within fourteen days. In the event the parties are unable to come an agreement, the parties shall file an easily legible redlined version of the document preservation order reflecting the language in dispute and the competing versions of that language.

■[ For further details see text below.]     Docketing to mail notices.

00:50

## STATEMENT

    Any plaintiff who objects to language in a disputed or agreed document preservation order filed with the court is granted leave to file an alternative redlined version of the document preservation order.

    Memorandum regarding asserted conflict of Cohen, Milstein, Sellers & Toll PLLC is due within seven days, response due seven days later and reply five days after that. Plaintiffs shall file a Consolidated Class Action Complaint ("CAC") forty-five days from the day the court appoints counsel to represent Plaintiffs. Defendants' motion to dismiss the CAC is due forty-five days from the filing of the CAC; Plaintiffs' response is due forty-five days later, and Defendants' reply thirty days after that. The court will set a date for Rule 26(A)(1) disclosures after the resolution of the motions to dismiss.

| | Courtroom Deputy Initials: | RJ |
|---|---|---|