UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: PLASMA-DERIVATIVE PROTEIN THERAPIES ANITRUST LITIGATION | ) ) ) ) ) ) | Case No. 09 C 7666 |
| | | MDL No. 2109 |
| THIS ORDER RELATES TO ALL ACTIONS | | Judge Joan B. Gottschall |

## ORDER

1. *Plaintiffs' Steering Committee*: Plaintiffs' Steering Committee ("PSC") coordinate the activities of plaintiffs during pretrial proceedings and shall

   (a) determine and present (in briefs, oral argument, or such other fashion as may be appropriate, personally or by a designee) to the court and opposing parties the position of the plaintiffs on all matters arising during pretrial proceedings;

   (b) coordinate the initiation and conduct of discovery on behalf of plaintiffs consistent with the requirements of Fed. R. Civ. P. 26(b)(1), 26(2), and 26(g), including the preparation of joint interrogatories and requests for production of documents and the examination of witnesses in depositions;

   (c) conduct settlement negotiations on behalf of plaintiffs, but not enter binding agreements except to the extent expressly authorized;

   (d) delegate specific tasks to other counsel or committees of counsel in a manner that ensures pretrial preparation for the plaintiffs is conducted efficiently and effectively;

   (e) enter into stipulations with opposing counsel as necessary for the conduct of the litigation;

   (f) prepare and distribute periodic status reports to the parties;

   (g) maintain adequate time and disbursement records related to service on the plaintiff's steering committee;

   (h) monitor the activities of cocounsel to ensure that schedules are met and unnecessary expenditures of time and funds are avoided; and

   (i) perform such other duties as may be incidental to proper coordination of plaintiffs' pretrial activities or authorized by further order of the court.

Counsel for plaintiffs who disagree with the PSC (or those acting on behalf of lead counsel) or who have individual or divergent positions may present written and oral arguments, conduct examinations of deponents, and otherwise act separately on behalf of their clients as appropriate, provided that in doing so they do not repeat arguments, questions, or actions of lead counsel.

2. *Plaintiffs' Liaison Counsel.* Plaintiffs' liaison counsel shall

   (a) maintain and distribute to cocounsel and to defendants' liaison counsel an up-to-date service list;

   (b) receive and, as appropriate, distribute to cocounsel orders from the court;

   (c) maintain and make available to cocounsel at reasonable hours a complete file of all documents served by or upon each party; and

   (d) establish and maintain a document depository.

5. *Privileges Preserved.* No communication among plaintiffs' counsel or among defendants' counsel shall be taken as a waiver of any privilege or protection to which they would otherwise be entitled.

ENTER:

/s/
JOAN B. GOTTSCHALL
United States District Judge

DATED: April 7, 2010